IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BOBBIE A. CRANE, JR.,**

    Plaintiff,

v.                                                                    Civil Action No. **3:23CV333 (RCY)**

**INTERNAL REVENUE SERVICE,** *et al.***,**

    Defendants.

### MEMORANDUM OPINION

Plaintiff, a Virginia inmate proceeding *pro se* and *in forma pauperis*, submitted this action. By Memorandum Order entered on November 16, 2023, the Court noted that the Complaint is this action failed to comply with Federal Rule of Civil Procedure 8(a). That rule provides:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
> **(1)** a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
> **(2)** a short and plain statement of the claim showing that the pleader is entitled to relief; and
> **(3)** a demand for the relief sought, which may include relief in the alternative or different types of relief.

Fed. R. Civ. P. 8(a). Plaintiff failed to identify the basis for the Court's jurisdiction or provide a short and plain statement of his claim. The Court directed Plaintiff, within thirty (30) days of the date of entry thereof, to file a complaint that complies with Federal Rule of Civil Procedure 8(a). Plaintiff failed to respond to the November 16, 2023 Memorandum Order. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order will accompany this Memorandum Opinion.

                                                                          /s/ RCY
                                                     Roderick C. Young
Date: January 8, 2024                              United States District Judge
Richmond, Virginia